UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
LOUISVILLE DIVISION

| | | |
|---|---|---|
| KINDRED HEALTHCARE, INC. and GENTIVA HEALTH SERVICES, INC., | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 3:15-cv-00713-GNS |
| v. | ) ) | |
| TRAVELERS CASUALTY AND SURETY COMPANY OF AMERICA, | ) ) ) | |
| Defendant. | ) | |

## ORDER

**AND NOW** this 7th day of January, 2016, upon consideration of Plaintiffs' Motion to Dismiss, that said Motion is GRANTED and it is hereby **ORDERED** and **DECREED** that the above-captioned civil action is DISMISSED.

BY THE COURT:

**Greg N. Stivers, Judge**
**United States District Court**

January 7, 2016